1  Richard I. Dreitzer
   Nevada Bar No. 6626
2  E-Mail: rdreitzer@foxrothschild.com
   FOX ROTHSCHILD, LLP.
3  3800 Howard Hughes Parkway, Suite 500
   Las Vegas, Nevada  89169
4  Telephone: 702.262.6899
   Facsimile: 702.597.5503
5  Attorneys for Defendant,
   STONEBRIDGE LIFE INSURANCE
6  COMPANY

7
                    UNITED STATES DISTRICT COURT
8
                        DISTRICT OF NEVADA
9

10 JAMES THEODOREDIS, as Personal
   Representative of the ESTATE OF                Case No.: 2:11-CV-419-KJD-CWH
11 NICHOLAS THEODOREDIS, deceased,

12                 Plaintiff,
                                                  **NOTICE OF SETTLEMENT AND
13         v.                                     REQUEST TO VACATE ALL DATES
                                                  FROM THE COURT'S CALENDAR**
14 STONEBRIDGE LIFE INSURANCE CO.,
   a Vermont corporation,
15
                   Defendant.
16

17         COMES NOW, Plaintiff, JAMES THEODOREDIS, as Personal Representative of the

18 ESTATE OF NICHOLAS THEODOREDIS (hereinafter, "THEODOREDIS"),  by and

19 through its counsel of record, Steven J. Parsons, Esq. of the Law Office Of Steven J. Parsons,

20 and  Defendant,  STONEBRIDGE  LIFE  INSURANCE  COMPANY  (hereinafter,

21 "STONEBRIDGE"), by and through its counsel of record, Richard I. Dreitzer, Esq. of the

22 law firm of Fox Rothschild, LLP, and advise the Court of the following:

23         1.      That THEODOREDIS and STONEBRIDGE have reached a settlement in this

24 matter.

OX ROTHSCHILD LLP
3800 Howard Hughes Parkway
Suite 500

Las Vegas, Nevada 89169 Error! Unknown document property name 1
VG1 145447v1 07/31/12 ..

2. That the parties are in the process of exchanging final settlement documents at this time.

3. That, upon receipt of the settlement funds, the parties will file a Stipulation of Dismissal With Prejudice dismissing this action in its entirety.

4. That the parties expect this matter to be concluded within the next two (2) weeks (i.e., on or before August 14, 2012).

THEODOREDIS and STONEBRIDGE hereby request that, in light of the settlement described herein, all pending dates and deadlines in this matter be vacated at this time.

DATED: July 31, 2012

FOX ROTHSCHILD, LLP

By: /s/ Richard I. Dreitzer
Richard I. Dreitzer
Nevada Bar No. 6626
E-Mail: rdreitzer@foxrothschild.com
FOX ROTHSCHILD, LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: 702.262.6899
Facsimile: 702.597.5503
Attorneys for Defendant,
STONEBRIDGE LIFE INSURANCE COMPANY

DATED: July 31, 2012

LAW OFFICES OF STEVEN J. PARSONS

By: /s/ Steven J. Parsons
Steven J. Parsons
Nevada Bar No. 363
E-Mail: Steve@SJPlawyer.com
LAW OFFICES OF STEVEN J. PARSONS
7201 W. Lake Mead Blvd., Suite 108
Las Vegas, Nevada 89108
Telephone: 702.384.9900
Facsimile: 702.384.5900
Attorneys for Plaintiff,
JAMES THEODOREDIS, as Personal Representative of the ESTATE OF NICHOLAS THEODOREDIS, deceased.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: August 2, 2012

OX ROTHSCHILD LLP
3800 Howard Hughes Parkway
Suite 500

Las Vegas, Nevada 89169 Error! Unknown document property name 2
VG1 145447v1 07/31/12 ..